# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162746(50)

UNIVERSITY OF MICHIGAN REGENTS,
      Plaintiff-Appellee,

v

                           SC: 162746
                           COA: 349942

VICTOR P. VALENTINO,
        Defendant-Appellant.
_____/
                           Washtenaw CC: 16-001122-CK

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before May 26, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2021                     

                                       Clerk